UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEATHER MANDELKORN, )<br>)<br>    *Plaintiff,* )<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>    *Defendants.* )<br>) | Civil Action No.: 1:12-CV-00424-RJL |

## PRAECIPE OF DISMISSAL

The clerk of the court will please note that Plaintiff's case against Defendant Spectrum Healthcare Resources has been resolved and should be dismissed with prejudice. Each party to bear its own costs. Plaintiff's case against Defendants United States of America and District of Columbia remain active.

                              */s/ Geoffrey D. Allen*
                              Geoffrey D. Allen, Esq.
                              D.C. Bar No. 288142
                              1730 Rhode Island Ave, NW, Suite 206
                              Washington, DC 20036
                              Telephone: (202) 778-1167
                              E-Mail: Geoffreyallen@verizon.net

                              *Counsel for Plaintiff*

                              */s/ Michele Smith*
                              Michele Smith, Esq.
                              DC Bar No.: 445827
                              LeClair Ryan
                              180 Admiral Cochrane Drive, Suite 370
                              Annapolis, MD 21401
                              Telephone: (410) 224-3000
                              Email: Michele.Smith@leclairryan.com

                              *Counsel for Defendant Spectrum Healthcare*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December, 2013, a copy of the foregoing Praecipe was filed via PACER/ECF to:


David A. Jackson
DC Bar No.: 471535
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, DC 20001
(202) 724-6618
(202) 741-8999 (facsimile)
davida.jackson@dc.gov

*Counsel for District of Columbia*

Mary Elizabeth Stratton
CA Bar No.: 138049
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7151
(202) 514-8780 (facsimile)
mary.elizabeth.stratton@usdoj.gov

*Counsel for the United States of America*


                                               */s/ Geoffrey D. Allen*