# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HEATHER MANDELKORN, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No.: 1:12-CV-00424-RJL |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| *Defendants.* | ) |

## PRAECIPE OF DISMISSAL

The clerk of the court will please note that Plaintiff's case against Defendant United States of America has been resolved and should be dismissed with prejudice. Each party to bear its own costs. Plaintiff's case against Defendant District of Columbia remains active.

Dated: 3/7/14

/s/ Geoffrey D. Allen
Geoffrey D. Allen, Esq.
D.C. Bar No. 288142
1730 Rhode Island Ave, NW, Suite 206
Washington, DC 20036
Telephone: (202) 778-1167
E-Mail: Geoffreyallen@verizon.net

*Counsel for Plaintiff*

And,

/s/ Ronald C. Machen Jr.
RONALD C. MACHEN JR.
D.C BAR #447889
United States Attorney for the District of Columbia

/s/ Daniel F. Van Horn
DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

- 1 -

*/s/ Judith A. Kidwell*
JUDITH A. KIDWELL
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
Judith.A.Kidwell@usdoj.gov

*Counsel for Defendant United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of March, 2014, a copy of the foregoing Praecipe was filed via PACER/ECF to:

David A. Jackson
DC Bar No.: 471535
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, DC 20001
(202) 724-6618
(202) 741-8999 (facsimile)
davida.jackson@dc.gov

*Counsel for District of Columbia*

                                          */s/ Geoffrey D. Allen*