# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HEATHER MANDELKORN,** | ) |
| **Plaintiff,** | ) |
| v. | ) C.A. No. 12-cv-424 (JRL) |
| **UNITED STATES OF AMERICA,** *et al.*, | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Clerk shall dismiss the above-captioned case against Defendant District of Columbia with prejudice, without any admission of liability.

Each party to bear their own costs.

For the Plaintiff:                                                          For the District of Columbia:

Respectfully submitted,                                              Respectfully submitted,

/s/Geoffrey D. Allen/s/_____                          KARL A. RACINE
Geoffrey D. Allen, Esquire [288142]                         Attorney General
1730 Rhode Island Avenue, NW
Suite 206                                                                     GEORGE C. VALENTINE
Washington, DC  20036                                              Deputy Attorney General
Telephone (202) 778-1167                                          Civil Litigation Division
Fax: (202) 659-9536
E-Mail: GeoffreyAllen@Verizon.com                       CHAD COPELAND [982119]
                                                                                    Chief, Section II
Counsel for Plaintiff                                                  Civil Litigation Division

/s/David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
Suite 630 South
441 Fourth Street, NW
Washington, D.C. 20001
(202) 724-6618
(202) 741-8999 (fax)
davida.jackson@dc.gov

Counsel for Defendant
District of Columbia